In re Nomination Petition of Bobbi Jo WAGNER, Democratic Nomination for Representative in General Assembly for the 30th Legislative District in the May 21, 2002 General Primary.

**Appeal of Pat S. Woodke.**

Supreme Court of Pennsylvania.

May 15, 2002.

Robert Matthew Owsiany, for Pat S. Woodke.

Robert E. Stewart, for Bobbi Jo Wagner.

### ORDER

PER CURIAM.

**AND NOW,** this 15th day of May, 2002, the Order of Commonwealth Court is **AFFIRMED.**

**Lewis E. ATKINSON, Petitioner,**

v.

**James Michael EVANS, Respondent.**

Supreme Court of Pennsylvania.

May 16, 2002.

### ORDER

PER CURIAM.

**AND NOW,** this 16th day of May 2002, the Petition for Allowance of Appeal is GRANTED, limited to the issue of whether a cause of action for intentional interference with contractual relations is viable in a marital context in Pennsylvania.